UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 5:19-191-KKC |
| Plaintiff, | |
| V. | OPINION AND ORDER |
| RICKY DONVA JACKSON, | |
| Defendant. | |

*** *** ***

Ricky Donva Jackson moves the Court to reduce his sentence (DE 50). For the following reasons, the motion must be denied.

By judgment dated March 16, 2022, the Court sentenced Jackson to 12 months imprisonment for violating the terms of his supervised release. He asks that the Court amend the judgment to reduce his sentence by three months.

A district court's authority to amend a criminal judgment is limited. Federal Rule of Criminal Procedure 35(a) provides, "Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." This rule is inapplicable because Jackson filed this motion more than 14 days after the sentencing. Rule 36 permits the Court to, "at any time correct a clerical error in a judgment," but Jackson does not assert a clerical error. The statute providing for compassionate release, 18 U.S.C. § 3582(c)(1)(A), permits the Court to "reduce the term of imprisonment" and "impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment." Jackson does not cite this

statute in his motion. Moreover, a sentence reduction under this statute is possible only if the Court finds "extraordinary and compelling reasons warrant" the reduction and that a sentence reduction is appropriate after considering the factors set forth in 18 U.S.C. § 3553(a). Jackson does not assert extraordinary and compelling reasons. Nor does he address the § 3553(a) factors.

For all these reasons, the Court **HEREBY ORDERS** that the defendant's motion for a sentence reduction (DE 50) is **DENIED.**

October 5, 2022

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY